**Tab D**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THERESA HILL, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-4540 |
| v. | ) ) | Judge Pallmeyer |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF LARRY SACHS

I, Larry Sachs, pursuant to 28 U.S.C. §1746, state that I am over the age of eighteen years and that I have personal knowledge of the facts contained herein, and declare under penalty of perjury that the following facts are true and correct:

1. I have been an employee of the City of Chicago's Police Department ("CPD") since October 2004. Currently, I am the Director of Grants Management in the Research and Development Division. Previously and through March 2007, I was a Grants Research Specialist.

2. Prior to working in CPD, I was a Criminal Justice Specialist working for the Illinois Criminal Justice Information Authority, where I managed the Juvenile Accountability Incentive Block Grant Program (JAIBG) for the State of Illinois from October 2001 to July 2004. In that capacity, I provided technical assistance and support for police departments, state's attorney's offices, sheriff's offices, state agencies, court service staff, and community providers to develop and manage between 30 and 40 JAIBG grants each year that were programmatically and financially valid and in compliance with all state and federal regulations.

3. As the Director of Grants Management at CPD, I am responsible to understand and articulate CPD's public safety and homeland security funding needs across all CPD Bureaus,

and to coordinate CPD efforts to apply for, accept, implement, manage, modify, and close out grant funding from the U.S. Department of Justice, the U.S. Department of Homeland Security, and numerous other federal, state, county and foundation funding sources in compliance with federal, state and local grant regulations and governance. I am also responsible to coordinate implementation of CPD grant-funded programs with other City agencies, with state and federal agencies, and with many community and faith-based organizations.

4.      CPD obtains between 25-30 grants per year from various federal and state agencies for a total amount of approximately $25-$30 million, though CPD's portfolio of active grants reached $165 million in 2012 and is currently in excess of $145 million.

5.      Since I have worked for CPD, for each grant that CPD seeks, the CPD Grants Team follows Executive Order 91-1, which is an Executive Order issued on January 15, 1991 by the then-Mayor of the City to establish a centralized system for processing and monitoring grant applications and expenditures submitted and received by the City through its operating departments and agencies. A true and correct copy of Executive Order 91-1 is attached hereto as Attachment 1.

6.      To my knowledge and in my experience, the only grants that CPD applies for that require a separate Equal Employment Opportunity Plan ("EEOP") Certification as part of the application packet specifically certifying that the department/entity has formulated an EEOP in accordance with 28 C.F.R. §42.301 *et seq.* are those applications that request grant funding directly from the Illinois Criminal Justice Information Authority; and I understand that all grant funding opportunities made available to CPD by the Illinois Criminal Justice Information Authority originate from grant funding provided to the State of Illinois by the U.S. Department of Justice.

7.     Whenever I have had questions about the EEOP Certification requirement, I have reached out to the U.S. Department of Justice or Illinois Criminal Justice Information Authority for guidance. It has been my consistent understanding from communications with officials from the U.S. Department of Justice that if an EEOP has expired or a new EEOP has not yet been approved that CPD may continue to submit grant applications to the U.S. Department of Justice and to receive U.S. Department of Justice grant awards, and that though it is within the discretion of the grantor to delay a grantee's access to the grant funds until the EEOP is approved, CPD has never experienced such a delay in accessing U.S. Department of Justice grant funds.

8.     Specifically, up until August 11, 2008, I am aware of 11 instances where CPD submitted EEOP Certification(s) along with its grant applications:

    a.    In 2004, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 2, for Grant Number 601007 in the amount of $173,333 for domestic violence law enforcement;

    b.    In 2005, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 3, for Grant Number 600207 in the amount of $37,820 for domestic violence law enforcement;

    c.    In 2005, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 4, for Grant Number 602007 in the amount of $130,000 for domestic violence law enforcement;

    d.    In 2006, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 5, for Grant Number 403800 in the amount of $150,000 for in-car cameras;

    e.    In 2006, CPD submitted one EEOP Certification, a true and correct copy of which is attached hereto as Attachment 6, for Grant Number 503026 in the amount of $1,661,506 for the Juvenile Accountability Incentive Block Grant Program;

    f.    In 2006, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 7, for Grant Number 104052 in the amount of $500,000 for Project Safe Neighborhoods;

g.  In 2006, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 8, for Grant Number 602107 in the amount of $130,000 for domestic violence law enforcement;

h.  In 2007, CPD submitted one EEOP Certification, a true and correct copy of which is attached hereto as Attachment 9, for Grant Number 504026 in the amount of $160,204 for the Juvenile Accountability Incentive Block Grant Program;

i.  In 2007, CPD submitted one EEOP Certification, a true and correct copy of which is attached hereto as Attachment 10, for Grant Number 403703 in the amount of $105,113 for the Sharing CPD CLEAR Gang Application Program;

j.  In 2008, CPD submitted two EEOP Certifications, true and correct copies of which are attached hereto as Attachment 11, for Grant Number 106052 in the amount of $310,000 for Project Safe Neighborhoods;

k.  In 2008, CPD submitted one EEOP Certification, a true and correct copy of which is attached hereto as Attachment 12, for Grant Number 505026 in the amount of $200,414 for the Juvenile Accountability Incentive Block Grant Program.

9.  Had I known that any of the EEOP Certifications were signed based on incorrect information, the certification at issue would not have been submitted in the grant application packet by my division.

10.  In each of these 11 instances, CPD obtained the requested grant funds from the Illinois Criminal Justice Information Authority and used these funds in accordance with the grant requests.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Executed on _May 28_, 2013

_Larry E. Sachs_
Larry Sachs

# Attachment 1



## OFFICE OF THE MAYOR
### CITY OF CHICAGO

RICHARD M. DALEY
MAYOR

91 JUN 15 PM 3 07
WALTER S. KOZUBOWSKI
CITY CLERK
CHICAGO, ILL.
RECEIVED

## EXECUTIVE ORDER 91-1

**WHEREAS**, the City of Chicago is eligible for various grants from different governmental and non-governmental grantors, enabling the City to provide vital services not funded by local taxes or fees; and

**WHEREAS**, the ability of the City to secure grants can be enhanced by establishment of a centralized system for providing technical assistance to departments and agencies seeking grants, coordinating the gathering of information necessary in connection with grants, and monitoring grant applications and expenditures, now, therefore,

I, **RICHARD M. DALEY, MAYOR OF THE CITY OF CHICAGO, DO HEREBY ORDER AS FOLLOWS:**

1. Whenever used in this order, the following terms shall have the following meanings:

(a) "Grant application" means any and all documents submitted or required to be submitted in order to obtain a new grant, the renewal of an existing grant, or the amendment of an existing grant.

(b) "Grantor agency" means any governmental or non-governmental agency that offers or makes available a grant to the City of Chicago.

(c) "Applicant agency" means the department or other agency of the City Government for whose benefit a grant is sought, but does not include the City Council. If a grant involves more than one department or agency, the department or agency preparing the application is considered the applicant agency.

(d) "Grant Application Cover Sheet" means a form issued by the Budget Director allowing for a concise, uniform summary of a grant application.

2. Subject to the exceptions described in paragraph 9, all grant applications are to be submitted by the head of the applicant agency simultaneously to the Office of Budget and Management, the Special Accounting Division of the Office of the City Comptroller and the Department of Law for review and approval at least 10 business days prior to the grantor agency's deadline.



- 2 -

3. All grant applications previously submitted to and pending before grantor agencies as of the effective date of this order are to be transmitted by the head of the applicant agency within 15 business days to the Office of Budget and Management, the Special Accounting Division of the Office of the City Comptroller and the Department of Law.

4. Each grant application submitted in compliance with paragraphs 2 and 3 hereof shall be accompanied by a completed Grant Application Cover Sheet.

5. Within 15 business days after the effective date of this order, the head of each department or agency shall submit to the Office of Budget and Management, the Special Accounting Division of the Office of the City Comptroller and the Department of Law a list of the names, titles, business mailing addresses and telephone numbers of the persons within the department or agency who have responsibilities for each grant program, and a description of the responsibilities of each (e.g., monitoring, contracting or subcontracting, preparation of applications, etc.). The head of the department or agency is responsible for maintaining the continued accuracy of the list.

6. Within 15 business days after the effective date of this order, the head of each department or other agency shall submit to the Office of Budget and Management, the Special Accounting Division of the Office of the City Comptroller and the Department

CITY CLERK
91 JAN 15 AM 9 07
RECEIVED

- 3 -

of Law a 12-month grant chronology and funding cycle for calendar year 1991, detailing all grants for which the department or agency expects to apply or routinely applies. The chronology must include the actual or anticipated deadlines for each act necessary in the application process. Thereafter, a grant chronology and funding cycle shall be filed no later than October 31 of each year for the following calendar year. The head of each department or agency is responsible for maintaining the continued accuracy of the grant chronology and funding cycle.

7.  Upon receipt of a formal denial or notification of grant award, and any revisions thereto, including revisions of terms and conditions, the head of the applicant agency shall forward copies to the Office of Budget and Management, the Special Accounting Division of the Office of the City Comptroller and the Department of Law.

8.  No officer or employee of any executive department or agency of the City shall file directly any grant application or revision with any grantor agency. Applications or revisions approved by the Budget Director and by the Corporation Counsel as to form and legality will be submitted to the grantor agency by the Office of Budget and Management.

9.  This order does not apply to the annual Community Development Block Grant Application of the City of Chicago, or to grants resulting from City/State Agreements for public works projects.

- 4 -

City 523

10. This order takes effect upon its execution and filing in the office of the City Clerk.

Done at Chicago, Illinois, this 9 day of January, 1991.

_____
Mayor

Received and filed January ___15___, 1991

_____
City Clerk

RECEIVED
91 JAN 15 AM 9: 07
WALTER S. KOZUBOWSKI
CITY CLERK
CHICAGO, ILLINOIS

- 5 -

City 524

# Attachment 2

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION

(Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 601007          Federal Grant Award Amount: $ 173,333.00

Grantee/Organization Name (hereafter referred to as the "Entity"):  The Chicago Police Department

Address:  3510 S. Michigan Avenue
          Chicago, Illinois 60653

Contact Person: Barbara Fiester

Telephone #: 312-745-6071       Fax #: 312-745-6932       E-mail address:

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I  Philip J. Cline                                      [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

## Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES       ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION     ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE               ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

| [Signature of Responsible Official] | [Print Name and Title] | [Date] |
|---|---|---|

---

## OR          SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)

(For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I,  Philip J. Cline                                      [responsible official], certify that the
   The Chicago Police Department                        [Entity] has formulated an Equal Employment Opportunity Plan in
accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is
available for review. The EEOP is on file in the office of The Chicago Police Department, Office of Legal Affairs
                                    [agency/organization name], at  3510 S. Michigan Avenue
   Chicago, Illinois 60653
                                                                                              [address]
for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.
Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant
funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall
forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

| [Signature of Responsible Official] | Superintendent of Police | 8-5-04 |
|---|---|---|
| | [Print Name and Title] | [Date] |

City 1278

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION

(Complete **SECTION A** OF **SECTION B** below, as applicable. Complete **ONLY ONE SECTION**.)

Grant Program (circle applicable federal grant program):

ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number 601007          Federal Grant Award Amount: $ 173,333.00

Grantee/Organization Name (hereafter referred to as the "Entity"): The City of Chicago for the Chicago Police Department

Address:  3510 S. Michigan
          Chicago, Illinois 60653

Contact Person: Barbara Fiester

Telephone #:312-745-6071      Fax #:312-745-6932      E-mail address:

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES    ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION  ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE            ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____          _____          _____
[Signature of Responsible Official]    [Print Name and Title]           [Date]

---

## *OR*    SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)

*(For information regarding EEOP development, see:* **http://www.ojp.usdoj.gov/ocr/eeop.htm**)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Tariq G. Malhance _____ [responsible official], certify that the

_The Chicago Police Department_____ [Entity] has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of _The Chicago Police Department, Office of Legal Affairs_

_____ [agency/organization name], at _____

3510 S. Michigan Avenue, Chicago, Illinois _____
[address]

for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_Tariq G. Malhance_          Comptroller, City of Chicago          8-5-04
[Signature of Responsible Official]    [Print Name and Title]           [Date]

City 1277

# Attachment 3

## EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
(Complete **SECTION A OR** SECTION B below, as applicable. Complete **ONLY ONE SECTION**.)

Grant Program (circle applicable federal grant program):
   ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 600207        Federal Grant Award Amount: $ 28,365

Grantee/Organization Name (hereafter referred to as the "Entity"):  Chicago Police Department

Address: 3510 South  Michigan Avenue
         Chicago, Illinois 60653

Contact Person: Gail Woods, Grants Research Specialist

Telephone #: 312-745-6071       Fax #:312-745-6932       E-mail address:  gail.woods@chicagopolice.org

---

### SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

#### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES      ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION    ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE              ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

---

[Signature of Responsible Official]        [Print Name and Title]        [Date]

---

### *OR*        SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
(*For information regarding EEOP development, see:* **http://www.ojp.usdoj.gov/ocr/eeop.htm**)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I,  Philip J. Cline _____ [responsible official], certify that the

 Chicago Police Department _____ [Entity] has formulated an Equal Employment Opportunity Plan in

accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is

available for review. The EEOP is on file in the office of The Chicago Police Department, Office of Legal Affairs

_____ [agency/organization name], at  3510 South Michigan Avenue

 Chicago, Illinois 60653 _____ [address

for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.

Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.


In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant

funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall

forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

---

_(signature)_                Philip J .Cline Superintendent of Police        21 Jan 05
[Signature of Responsible Official]        [Print Name and Title]        [Date]

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
(Complete **SECTION A** OR **SECTION B** below, as applicable. Complete **ONLY ONE SECTION**.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, (VAWA,) VOCA, VOITIS, Other (Specify)

Grant Number:  600207          Federal Grant Award Amount: $ 37,820

Grantee/Organization Name (hereafter referred to as the "Entity"): The City of Chicago on behalf of the Chicago Police Department
Address: 3510 South Michigan Avenue
          Chicago, Illinois 60653

Contact Person: Gail Woods, Grants Research Specialist

Telephone #: 312-745-6071     Fax #: 312-745-6932     E-mail address: gail.woods@chicagopolice.org

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES          ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION        ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                  ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____          _____          _____
[Signature of Responsible Official]              [Print Name and Title]                    [Date]

## _OR_          SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
(For information regarding EEOP development, see: **http://www.ojp.usdoj.gov/ocr/eeop.htm**)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Tariq G. Malhance _____ [responsible official], certify that the
The Chicago Police Department _____ [Entity] has formulated an Equal Employment Opportunity Plan in
accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is
available for review. The EEOP is on file in the office of The Chicago Police Department, Office of Legal Affairs _____
_____ [agency/organization name], at _____
_____ [address]
3510 South Michigan Avenue Chicago, Illinois 60653 _____
for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.
Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant
funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall
forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_____          Tariq G. Malhance Comptroller, City of Chicago          _____
[Signature of Responsible Official]              [Print Name and Title]                    [Date]

# Attachment 4

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
## (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number:  602007  Federal Grant Award Amount: $130,000

Grantee/Organization Name (hereafter referred to as the "Entity"): Chicago Police Department

Address:  3510 South Michigan
Chicago, Illinois 60653

Contact Person:  Gail Woods

Telephone #:  312-745-6071  Fax #:  312-745-6932

E-mail address:  gail.woods@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES  ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION  ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE  ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

---

[Signature of Responsible Official]  [Print Name and Title]  [Date]

---

## OR  SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Philip J. Cline  [responsible official], certify that the Chicago Police Department [Entity] has formulated an Equal Employment Opportunity
Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that
it is available for review. The EEOP is on file in the office of the Chicago Police Department, Office of Legal Affairs [agency/organization
name], at 3510 South Michigan Chicago, Illinois 60653 [address]
for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.
Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant
funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall
forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

Philip J. Cline,  Superintendent of Police  29 Sept 05
[Signature of Responsible Official]  [Print Name and Title]  [Date]

City 1374

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
(Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
　　ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number:　　602007　　Federal Grant Award Amount: $130,000

Grantee/Organization Name (hereafter referred to as the "Entity"):　_City of Chicago

Address:　　33 North LaSalle 6th Floor
　　　　　　Chicago, Illinois 60602

Contact Person:　　Gail Woods

Telephone #:　　312-745-6071　　Fax #:　　312-745-6932

E-mail address:　　gail.woods@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

**Check all of the following that apply:**

☐ ENTITY HAS LESS THAN 50 EMPLOYEES　　☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☑ ENTITY IS A NON-PROFIT ORGANIZATION　　☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE　　　　　　　☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____　　　_____　　　_____
[Signature of Responsible Official]　　　[Print Name and Title]　　　　　　[Date]

---

**OR**

## SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
(For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Tariq G. Malhance [responsible official], certify that the City of Chicago .[Entity] has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of the Department of Personnel [agency/organization name], at 333 S. State Street, Suite 330 Chicago, Illinois 60604 for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_Tariq P. Malhance_　　Tariq G. Malhance, Comptroller, City of Chicago　　10-12-05
[Signature of Responsible Official]　　　[Print Name and Title]　　　　　[Date]

# Attachment 5

(Complete **SECTION A OR SECTION B** below, as applicable. Complete **ONLY ONE SECTION**.)

Grant Program (circle applicable federal grant program):
(ADAA)BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 403800          Federal Grant Award Amount: $ 150,000

Grantee/Organization Name (hereafter referred to as the "Entity"): City of Chicago, on behalf of the Chicago Police
                                                                    Department

Address: 3510 South Michigan Avenue
         Chicago, Illinois 60653

Contact Person: Jennifer Brees, Grants Research Specialist

Telephone #: 312-745-6071     Fax #: 312-745-6932     E-mail address: jennifer.brees@chicagopolice.org

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES        ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION      ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____          _____          _____
[Signature of Responsible Official]       [Print Name and Title]                    [Date]

## OR     SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)

*(For information regarding EEOP development, see:* **http://www.ojp.usdoj.gov/ocr/eeop.htm**)

Certification Statement (**For Entities with 50 or more employees that receive a single grant or award of $25,000 or more**):

I, __Philip J. Cline_____ [responsible official], certify that the

Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect

within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of

__The Chicago Police Department, Office of Legal Affairs_____

_____ [agency/organization name], at 3510 South Michigan Avenue

__Chicago, Illinois 60653_____ [address]

for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.

Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.


In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant

funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall

forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.


_____          Philip J. Cline, Superintedent of Police          _____
[Signature of Responsible Official]       [Print Name and Title]                             [Date]

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
## (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
(ADAA) BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 403800                Federal Grant Award Amount: $150,000

Grantee/Organization Name (hereafter referred to as the "Entity"): City of Chicago

Address:  3510 South Michigan Avenue
          Chicago, Illinois 60653

Contact Person: Jennifer Brees, Grants Research Specialist

Telephone #: 312-745-6071        Fax #: 312-745-6071        E-mail address: jennifer.brees@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES            ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION          ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                     ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____        _____        _____
[Signature of Responsible Official]      [Print Name and Title]                  [Date]

---

## OR        SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, __Steven Lux_____ [responsible official], certify that the

Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect

within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of

__The Chicago Police Department Office of Legal Affairs_____

_____ [agency/organization name], at 3510 South Michigan Avenue _____

__Chicago, Illinois 60653_____ [address]

for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.

Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.


In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant

funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall

forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.


_____        Steven Lux, Acting City Comptroller        4/21/06
[Signature of Responsible Official]      [Print Name and Title]                     [Date]

City 1975

# Attachment 6

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
## (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 503026        Federal Grant Award Amount: $1,661,506

Grantee/Organization Name (hereafter referred to as the "Entity"): City of Chicago – Police Department

Address: 3510 S. Michigan Ave. Chicago, IL 60653

Contact Person: Larry Sachs

Telephone #: 312-745-6071        Fax #:312-745 6932        E-mail address: larry.sachs@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

_____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES        ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION        ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE        ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

---

| Signature of Responsible Official] | [Print Name and Title] | [Date] |
| --- | --- | --- |

## OR        SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

, ₿ Philip J. Cline _____ [responsible official], certify that the Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of

General Counsel, Chicago Police Department _____
_____ [agency/organization name], at 3510 S. Michigan Ave.

Chicago, IL 60653 _____ [address] or review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

---

| Signature of Responsible Official] | Philip J. Cline, Superintendent of Police [Print Name and Title] | June 19, 2006 [Date] |
| --- | --- | --- |

City 1240

# Attachment 7

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
## (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify) Project Safe Neighborhoods

Grant Number:  104052          Federal Grant Award Amount: $ 500,000

Grantee/Organization Name (hereafter referred to as the "Entity"): City of Chicago, on behalf of the Chicago Police Department

Address:  3510 South Michigan Avenue
          Chicago, Illinois 60653

Contact Person:  Jennifer Brees, Grants Research Specialist

Telephone #:  312-745-6071          Fax #: 312-745-6932          E-mail address: jennifer.brees@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES          ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION        ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                  ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____          _____          _____
[Signature of Responsible Official]       [Print Name and Title]                [Date]

---

## **OR**          SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I,  Philip J. Cline _____ [responsible official], certify that the Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of The Chicago Police Department, Office of Legal Affairs

_____ [agency/organization name], at  3510 South Michigan Avenue

 Chicago, Illinois 60653 _____ [address]

for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_____          Philip J. Cline, Superintendent of Police  26th AUG 06
[Signature of Responsible Official]       [Print Name and Title]                      [Date]

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
### (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, (Other )Specify) Project Safe Neighborhoods

Grant Number: 104052          Federal Grant Award Amount: $ 500,000

Grantee/Organization Name (hereafter referred to as the "Entity"): City of Chicago

Address:   3510 S. Michigan Avenue
           Chicago, Illinois 60653
Contact Person: Jennifer Brees, Grants Research Specialist

Telephone #: 312-745-6071     Fax #: 312-745-6932     E-mail address: jennifer.brees@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS
NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES        ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION      ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____          _____      _____
[Signature of Responsible Official]        [Print Name and Title]                 [Date]

---

## OR        SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Stephen C. Hughes _____ [responsible official], certify that the
Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect
within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of

The Chicago Police Department Office of Legal Affairs _____ 3510 South Michigan Ave
                           [agency/organization name], at _____ [address]

Chicago, Illinois 60653 _____
for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.
Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant
funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall
forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_____          Stephen C. Hughes              ~~mptroller, City of Chicago~~  26 JAN 06
[Signature of Responsible Official]        Acting City Comptroller                                        [Date]
                                           [Print Name and Title]

City 1320

# Attachment 8

## EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
### (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 602107 _____ Federal Grant Award Amount: $ 130,000

Grantee/Organization Name (hereafter referred to as the "Entity"): Chicago Police Department

Address: 3510 South Michigan Avenue
Chicago, Illinois 60653

Contact Person: Gail Woods

Telephone #:312-745-6071    Fax #:  312-745-6932    E-mail address:gail.woods@chicagopolice.org

---

### SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT
REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

#### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES        ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION      ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____    _____    _____
[Signature of Responsible Official]              [Print Name and Title]              [Date]

---

### OR        SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
*(For information regarding EEOP development, see:* http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Philip J. Cline, Superintendent of Police, certify that the

**Chicago Police Department** has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E,
that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office
of the **Chicago Police Department, Office of Legal Affairs, at 3510 South Michigan Avenue, Chicago, Illinois 60653**
for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.
Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant
funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall
forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_____    Superintendent of Police
Signature of Responsible Official]                  [Print Name and Title]                  [Date]

City 1978

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
### (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: 602107          Federal Grant Award Amount: $ 130,000

Grantee/Organization Name (hereafter referred to as the "Entity"): Chicago Police Department

Address: 3510 South Michigan Chicago, Illinois 60653

Contact Person: Gail Woods          Telephone #: 312-745-6071          Fax #: 312-745-6932

E-mail address: gail.woods@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT
REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES          ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION          ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE          ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____          _____          _____
[Signature of Responsible Official]          [Print Name and Title]          [Date]

---

## OR          SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Mark F. Devane, Deputy Commissioner City of Chicago Department of Human Resources, certify that the
City of Chicago has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was
signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of the
Department of Human Resources 333 S State St. Suite 330, 1100 Chicago, Illinois 60604.
for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S.
Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant
funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall
forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_____          MARK DEVANE  DIRECTOR OF COMPLIANCE          8/24/06
[Signature of Responsible Official]          [Print Name and Title]          [Date]

City 1977

# Attachment 9

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
### (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):
~~ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (specify)~~

Grant Number: 504026    Federal Grant Award Amount: $160,204

Grantee Organization Name (hereafter referred to as the "Entity"): City of Chicago

Address: 3510 S. Michigan Ave., Chicago, IL 60653

Contact Person: Larry Sachs

Telephone #: (312) 745-6071    Fax #: (312) 745-6932    E-mail address: larry.sachs@chicagopolice.org

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I Mark F. Devane, Deputy Commissioner, CDHR ___ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES
☐ ENTITY IS A NONPROFIT ORGANIZATION
☐ ENTITY IS AN INDIAN TRIBE
☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN EDUCATIONAL INSTITUTION

[Signature of Responsible Official]    Mark F. Devane    Chicago Department of Human Resources    2/26/07
[Print Name and Title]    [Date]

## OR    SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I Mark F. Devane, Deputy Commissioner, CDHR ___ [responsible official], certify that the Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of City of Chicago Department of Human Resources ___ [agency/organization name], at Workforce Compliance Office attn: Robert Keller Jr., DePaul Center, 333 S. State St., Chicago, IL 60604 ___ [address] for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

[Signature of Responsible Official]    Mark F. Devane    Chicago Department of Human Resources    2/26/07
[Print Name and Title]    [Date]

City 1979

# Attachment 10

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
### (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):

**ADAA/BYRNE**, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)

Grant Number: **403703**          Federal Grant Award Amount: **$ 105,113**

Grantee/Organization Name (hereafter referred to as the "Entity"): **Chicago Police Department**

Address:    **3510 South Michigan Avenue**
         **Chicago, Illinois 60653**

Contact Person:    **Gail Woods**

Telephone #:**312-745-6071**       Fax #:  **312-745-6932**      E-mail address:**gail.woods@chicagopolice.org**

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

_____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES      ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION    ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE              ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

---

| [Signature of Responsible Official] | [Print Name and Title] | [Date] |
|---|---|---|

---

## OR  SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, **Philip J. Cline, Superintendent of Police,** certify that the

**Chicago Police Department** has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of the **Chicago Police Department, Office of Legal Affairs, at 3510 South Michigan Avenue, Chicago, Illinois 60653** for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

| *Philip J. Cline* (signature) | Superintendent of Police | 08 June 2007 |
|---|---|---|
| [Signature of Responsible Official] | [Print Name and Title] | [Date] |

City 276

# Attachment 11

## EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
### (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):

~~ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS,~~ Other (Specify) Project Safe Neighborhoods

Grant Number: 106052                 Federal Grant Award Amount: $310,000

Grantee/Organization Name (hereafter referred to as the "Entity"): City of Chicago on behalf of the Chicago Police Department

Address: 3510 S. Michigan Ave.
Chicago, IL 60653

Contact Person: Larry Sachs, Director of Grants Management

Telephone #: 312-745-6071        Fax #: 312-745-6932        E-mail address: larry.sachs@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES          ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION        ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                  ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

---

[Signature of Responsible Official]            [Print Name and Title]                    [Date]

---

## _OR_          SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, Dana V. Starks _____ [responsible official], certify that the

Entity has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of

the Chicago Police Dept. Office of Legal Affairs _____

_____ [agency/organization name], at 3510 S. Michigan Ave.

Chicago, IL 60653 _____ [address]

for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

---

[Signature of Responsible Official]    Dana V. Starks, Interim Superintendent of Police    1/18/2008

[Signature of Responsible Official]            [Print Name and Title]                    [Date]

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
## (Complete SECTION A OR SECTION B below, as applicable. Complete ONLY ONE SECTION.)

Grant Program (circle applicable federal grant program):

ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, **VAWA**, VOCA, VOITIS, Other (Specify) Project Safe Neighborhoods

Grant Number: 106052　　　　　　　　　Federal Grant Award Amount: $310,000

Grantee/Organization Name (hereafter refered to as the "Entity"): **City of Chicago on behalf of the Chicago Police Department**

Address: **3510 South Michigan Chicago, Illinois 60653**

Contact Person: Larry E. Sachs　　　　Telephone #: 312-745-6071　　　Fax #: 312-745-6932

E-mail address: larry.sachs@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

### Check all of the following that apply:

☐ ENTITY HAS LESS THAN 50 EMPLOYEES　　　☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION　　☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE　　　　　　　☐ ENTITY IS AN EDUCATIONAL INSTITUTION

_____　　　　　_____　　　_____
[Signature of Responsible Official]　　　　　[Print Name and Title]　　　　　　　　[Date]

---

## OR　　SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
### (For information regarding EEOP development, see: http://www.ojp.usdoj.gov/ocr/eeop.htm)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, _____Anthony O. Boswell_____, certify that the **City of Chicago** [entity] has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301 et seq., subpart E, that was signed into effect within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of _____Office of Compliance, City of Chicago_____

_____ [agency/organization name], at __333 S. State Street, Chicago, IL 60604__

_____ [address] for review by the public and employees, or for review or audit by officials of the Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required by relevant laws and regulations.

In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.

_____　　　　　_____ ell, Executive Director　　　2/26/08
[Signature of Responsible Official]　　　　　[Print Name and Title]　　　　　　　[Date]

City 1104

# Attachment 12

# EQUAL EMPLOYMENT OPPORTUNITY PLAN (EEOP) CERTIFICATION
(Complete **SECTION A** <u>**OR**</u> **SECTION B** below, as applicable. Complete <u>**ONLY ONE SECTION**</u>.)

Grant Program (circle applicable federal grant program):
~~ADAA/BYRNE, JAIBG, LLEBG, NCHIP, RSAT, VAWA, VOCA, VOITIS, Other (Specify)~~

Grant Number: **505026**                    Federal Grant Award Amount: **$200,414**

Grantee/Organization Name (hereafter referred to as the "Entity"): **Chicago Police Department**

Address: **3510 South Michigan Chicago, Illinois 60653**

Contact Person: Larry Sachs                  Telephone #: 312-745-6071     Fax #: 312-745-6932

E-mail address: larry.sachs@chicagopolice.org

---

## SECTION A. CERTIFICATION (EEOP NOT REQUIRED)

I _____ [responsible official] CERTIFY THAT THE FUNDED ENTITY IS NOT
REQUIRED TO PREPARE AN EEOP FOR THE REASON(S) CHECKED BELOW, PURSUANT TO 28 CFR 42.302.

<u>**Check all of the following that apply:**</u>

☐ ENTITY HAS LESS THAN 50 EMPLOYEES          ☐ ENTITY DOES NOT RECEIVE A GRANT OR AWARD OF AT LEAST $25,000
☐ ENTITY IS A NON-PROFIT ORGANIZATION        ☐ ENTITY IS A MEDICAL INSTITUTION
☐ ENTITY IS AN INDIAN TRIBE                  ☐ ENTITY IS AN EDUCATIONAL INSTITUTION

| | | |
|---|---|---|
| [Signature of Responsible Official] | [Print Name and Title] | [Date] |

---

<u>**OR**</u>          ## SECTION B. CERTIFICATION (EEOP REQUIRED AND ON FILE)
*(For information regarding EEOP development, see:* **http://www.ojp.usdoj.gov/ocr/eeop.htm**)

Certification Statement (For Entities with 50 or more employees that receive a single grant or award of $25,000 or more):

I, **Torrick Ward, Deputy Director, City of Chicago Office of Compliance,** certify that the City of Chicago has

has formulated an Equal Employment Opportunity Plan in accordance with 28 CFR 42.301, et seq., subpart E, that was signed into effect

within the past two years by the proper authority and that it is available for review. The EEOP is on file in the office of the **Office of**

**Compliance, 333 S. State St., Chicago, Illinois 60604** for review by the public and employees, or for review or audit by officials of the

Illinois Criminal Justice Information Authority or the U.S. Department of Justice, Office of Justice Programs, Office of Civil Rights as required

by relevant laws and regulations.


In addition to the above requirements, if Entity receives $500,000 or more through a single grant, or $1,000,000 or more in aggregate grant

funds in an 18-month period, Entity shall submit a copy of its Equal Employment Opportunity Plan to the Authority. The Authority shall

forward the Equal Employment Opportunity Plan to the Office of Civil Rights for review and approval.


| | | |
|---|---|---|
| | Torrick Ward, Deputy Director | 6-11-08 |
| Signature of Responsible Official] | [Print Name and Title] | [Date] |

City 1105